# GERSTEN LAW GROUP

E. Gersten, Attorney and Counselor at Law
3115 4th Ave
San Diego, CA, 92103
Tel; (619) 600-0098
Fax: (619) 600-0083
Email: egersten@gerstenlaw.com

October 18, 2010

**Re: Case 3:10-cv-02347-JCS Grutman v. Regents of the University of California et al**

To Madam Clerk;

Please allow this letter to serve as an official request to be able to participate telephonically at the Case Management Conference currently scheduled for November 5, 2010 at 1:30pm in the above entitled case.

I will be appearing on behalf of the Plaintiff, Netta Grutman. The number for the Court to call will be **619-600-0098, extension 101**. Please ensure that extension 101 is entered when prompted or the call may not be routed correctly to my phone.

If you have any questions, please do not hesitate in contacting me.

Sincerely,

/s/ Ehud Gersten
Ehud Gersten

Dated: 10/19/10.    Counsel shall be on phone standby beginning at 1:30 p.m., and await the Court's phone call.

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA