# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

October 20, 2010

Clerk of the
United States District Court
Northern District of California
Clerk's Office: 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Case 3:10-cv-02347
               *JCS Grutman v. Regents of the University of California, et al.*

Dear Madam/Sir:

This letter is to serve as an official request to participate telephonically at the Case Management Conference scheduled for November 5, 2010 at 1:30 p.m. in the above-referenced matter. The number the Court to call: **(415) 875-3355**.

I will be appearing on behalf of the Defendants, The Regents of the University of California, TODD MCGREGOR and JAMES JACOBS.

Please contact me, if there are any questions or concerns at (415) 875-3355.

Very truly yours,

Dated: 10/21/10

GORDON & REES LLP

**IT IS HEREBY ORDERED** that counsel shall establish a conference call dial in number and provide the call in number & pass code to opposing counsel and the Court by Nov. 3, 2010.

Jerome Schreibstein

IT IS SO ORDERED
Judge Joseph C. Spero

JS
cc:    Ehud Gersten,
        David A. Stevens