# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

November 12, 2010

Re: **Case 3:10-cv-02347-JCS Grutman v. Regents of the University of California, et al.**

Dear Madame Clerk:

Please allow this letter to serve as an official request to be able to participate telephonically at the Case Management Conference currently scheduled for January 7, 2011 at 1:30 p.m. in the above-entitled case.

I will be appearing on behalf of the Defendant, the Regents of the University of California, et al. Should the Court desire, we may use the same call-in number and pass code as for the previous conference:

**Dial In Number: 1-888-435-4283**

**Passcode: 4158753296**

If you have any questions, please do not hesitate to contact me.

Dated: Nov. 12, 2010

Very truly yours,

GORDON & REES LLP

/S/

Jerome Schreibstein

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

JS:dmg