MICHAEL D. BRUNO (SBN 166805)
JEROME SCHREIBSTEIN (SBN154051)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, TODD MCGREGOR and JAMES JACOBS (EXEMPT FROM FEES, GOV. CODE § 6103)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETTA GRUTMAN, <br><br> Plaintiff, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., <br><br> Defendants. | CASE NO. 10-02347 JCS <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND PRE-TRIAL ORDER** |

## STIPULATION

IT IS HEREBY STIPULTED BETWEEN PLAINTIFF NETTA GRUTMAN AND DEFENDANTS, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, TODD MCGREGOR AND JAMES JACOBS, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

WHEREAS, the parties have jointly agreed to participate in the Court's Early Neutral Evaluation (ENE) process and the Court has referred this matter to ENE and Jane Pandell, Esq., has been appointed the ENE Evaluator;

1

**STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND PRE-TRIAL ORDER (CASE NO. 10-02347 JCS)**

WHEREAS, the parties have determined to complete certain discovery to make the ENE process most efficient;

WHEREAS, in light of the volume of work to be completed, the holiday season, the calendars of defense counsel and the ENE Evaluator, the parties require to the end of February 2011 to complete the agreed upon discovery and to schedule an ENE hearing date that is workable for the parties, Ms. Pandell and counsel;

WHEREAS, the Court previously ordered that (1) the ENE process be completed within 60 days of November 5, 2010, and (2) the parties participate in a further Case Management Conference on January 7, 2011 (Docket # 23);

WHEREAS, the parties believe it to be in the best interests of their clients, Ms. Pandell and the Court to modify these dates and hereby stipulate to and request that the parties shall have to and including February 28, 2011 to complete the ENE process, and that a further Case Management Conference be set on the first date in March 2011 convenient to the Court's schedule.

IT IS SO AGREED.

Dated: December 22, 2010  GORDON & REES LLP

By: /S/ _____
MICHAEL D. BRUNO
JEROME SCHREIBSTEIN
Attorneys for Defendant THE REGENTS
OF THE UNIVERSITY OF CALIFORNIA,
TODD MCGREGOR and JAMES JACOBS

2
STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND PRE-TRIAL ORDER (CASE NO. 10-02347 JCS)

| | | |
|---|---|---|
| 1 | Dated: December 22, 2010 | GERSTEN LAW GROUP |
| 2 | | |
| 3 | | By: /S/ |
| 4 | | EHUD GERSTEN<br>Attorneys for Plaintiff |
| 5 | | NETTA GRUTMAN |
| 6 | Dated: December 22, 2010 | |
| 7 | | |
| 8 | | By: /S/ |
| 9 | | DAVID A. STEVENS<br>Attorneys for Plaintiff |
| 10 | | NETTA GRUTMAN |

STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF FURTHER CASE
MANAGEMENT AND PRE-TRIAL ORDER (CASE NO. 10-02347 JCS)

## ORDER

BASED ON THE FOREGOING AND GOOD CAUSE OTHERWISE APPEARING, the Court Orders that the parties shall have to and including February 28, 2011 to complete the ENE process, and that a further Case Management Conference shall be set for March, 4 2011 at 1:30 p.m.

IT IS SO ORDERED.

Dated: Jan. 3, 2011

By: _____
Hon. [signature: Judge Joseph C. Spero]
United States Magistrate Judge

4

STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND PRE-TRIAL ORDER (CASE NO. 10-02347 JCS)