UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| NETA GRUTMAN,<br>　　　　Plaintiff,<br><br>　　　v.<br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br>　　　　Defendants.<br>_____/ | No. C 10-2347 JCS<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date:　　　February 24, 2011<br>Evaluator:　Jane Pandell |

　　　IT IS HEREBY ORDERED that the request for named defendant, Todd McGregor, to be excused from personal attendance at the February 24, 2011 ENE session before Jane Pandell is GRANTED. Mr. McGregor shall be available at all times to participate in the mediation telephonically in accordance with ADR L.R. 5-10(f).

　　　IT IS SO ORDERED.

February 22, 2011　　　　　　By:　　　　_/s/ Elizabeth D. Laporte_
Dated　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge