# GERSTEN LAW GROUP

E. Gersten, Attorney and Counselor at Law
3115 4th Ave
San Diego, CA, 92103
Tel: (619) 600-0098
Fax: (619) 600-0083
Email: egersten@gerstenlaw.com

March 1, 2011

**Re: Case 3:10-cv-02347-JCS Grutman v. Regents of the University of California et al**

To Madame Clerk;

Please allow this letter to serve as an official request to be able to participate telephonically at the Case Management Conference currently scheduled for March 4, 2011 at 1:30pm in the above entitled case. Defendants' counsel does not oppose conducting the CMC telephonically as we have done in the past.

I will be appearing on behalf of the Plaintiff, Netta Grutman. The number for the Court to call will be **619-600-0098, extension 101**. Please ensure that extension 101 is entered when prompted or the call may not be routed correctly to my phone.

If you have any questions, please do not hesitate in contacting me.

Sincerely,


/s/ Ehud Gersten
Ehud Gersten

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 1:30 PM (PST) and await the Court's call.

Dated: March 2, 2011



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero