MICHAEL D. BRUNO (SBN 166805)
JEROME SCHREIBSTEIN (SBN154051)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA, TODD MCGREGOR and
JAMES JACOBS (EXEMPT FROM FEES, GOV. CODE §
6103)

DAVID A. STEVENS (SBN 054635)
3115 Fourth Avenue
San Diego, CA 92103
Telephone: (619) 260-0507
Facsimile: (619) 297-5908

EHUD GERSTEN (SBN 236159)
Gersten Law Group
3115 Fourth Avenue
San Diego, CA 92103
Telephone: (619) 600-0098

Attorneys for Plaintiff NETTA GRUTMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETTA GRUTMAN,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>Defendants. | CASE NO. 10-02347 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT REGARDING STATUTORY DAMAGES UNDER UNRUH CIVIL RIGHTS ACT** |

## STIPULATION

IT IS HEREBY STIPULTED BETWEEN PLAINTIFF NETTA GRUTMAN AND DEFENDANTS, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, TODD MCGREGOR AND JAMES JACOBS, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

WHEREAS, Plaintiff has included in her Complaint, at her fourth claim for relief, an allegation that defendants violated the Unruh Civil Rights Act, California Civil Code sections 51 *et seq*. (UCRA), including the allegation that Plaintiff is minimally entitled to "$4,000 for each incident of deterrence" in violation of the UCRA;

WHEREAS, Plaintiff contends that, under the UCRA, she is entitled to said minimal recovery for each and every instance in which she can demonstrate that she was denied legally required equal access to the subject premises and Defendants contend that such recovery is not, as a matter of law, available;

WHEREAS, the parties agree that the disposition of this issue as a matter of partial summary judgment under Federal Rule of Civil Procedure 56(a), (b) will aid the litigants and the Court in the efficient adjudication of this matter;

WHEREAS, the parties agree that the summary disposition of this issue shall be without prejudice to the parties' rights to seek further relief in this case under the provisions of Federal Rule of Civil Procedure 56, specifically including a subsequent motion for summary judgment and/or partial summary judgment; and

WHEREAS, the parties have agreed to the following briefing schedule: (1) opening briefs shall be filed on/before April 22, 2011; and (2) response briefs shall be filed on/before May 6, 2011. The parties propose that the matter be heard on May 27, 2011 at 9:30 a.m.

//
//
//
//

IT IS SO AGREED.

Dated: April 1, 2011      GORDON & REES LLP

By: /S/_____
MICHAEL D. BRUNO
JEROME SCHREIBSTEIN
Attorneys for Defendant THE REGENTS
OF THE UNIVERSITY OF CALIFORNIA,
TODD MCGREGOR and JAMES JACOBS

Dated: April 1, 2011      GERSTEN LAW GROUP

By: /S/_____
EHUD GERSTEN
Attorneys for Plaintiff
NETTA GRUTMAN

Dated: April 1, 2011

By: /S/_____
DAVID A. STEVENS
Attorneys for Plaintiff
NETTA GRUTMAN

### ORDER

BASED ON THE FOREGOING AND GOOD CAUSE OTHERWISE APPEARING, the Court Orders that, with respect to the parties' cross-motions for partial summary judgment on the issue of available minimum statutory damages under the California Unruh Civil Rights Act, Cal. Civ. Code § et seq., (1) ~~opening briefs shall be filed on~~ Motions shall be filed on or before April 22, 2011; and (2) ~~response~~ Opposition briefs shall be filed on/before May 6, 2011. Reply briefs shall be filed on/before May 13, 2011. ~~The matter shall be heard on May 27, 2011 at 9:30 a.m.~~ Hearing on the cross-motions will be set by the Court after completion of briefing.

IT IS SO ORDERED.

Dated: April 5, 2011      By:_____
Hon._____
United States_____ Judge

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]

3

STIPULATION AND ORDER ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT REGARDING STATUTORY DAMAGES UNDER UNRUH CIVIL RIGHTS ACT (CASE NO. 10-02347 JCS)