# GERSTEN LAW GROUP

E. Gersten, Attorney and Counselor at Law
3115 4th Ave
San Diego, CA, 92103
Tel;  (619) 600-0098
Fax: (619) 600-0083
Email: egersten@gerstenlaw.com

May 27, 2011

**Re: Case 3:10-cv-02347-JCS Grutman v. Regents of the University of California et al**

To Madame Clerk;

Please allow this letter to serve as an official request to be able to participate telephonically at the Partial Motion for Summary Judgment currently scheduled for July 22, 2011 at 9:30am in the above entitled case.

I will be appearing on behalf of the Plaintiff, Netta Grutman. The number for the Court to call will be **619-600-0098, extension 101**. Please ensure that extension 101 is entered when prompted or the call may not be routed correctly to my phone.

If you have any questions, please do not hesitate in contacting me.

Sincerely,


/s/ Ehud Gersten
Ehud Gersten

IT IS HEREBY ORDERED that Mr. Gersten shall be on phone standby beginning at 9:30 AM and await the Court's call.

Dated:  June 1, 2011.



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA