**United States District Court**
For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   NETA GRUTMAN,                          Case No. C-10-02347 JCS
8              Plaintiff(s),
                                           **ORDER REMANDING FOURTH CAUSE**
9        v.                                **OF ACTION FOR VIOLATION OF**
                                           **UNRUH ACT TO STATE COURT**
10  THE REGENTS OF THE UNIVERSITY OF
    CALIFORNIA,
11
12             Defendant(s).
13  _____/
14        Pursuant to the Courts Order entered on August 2, 2011, and upon stipulation of the parties,
15        IT IS HEREBY ORDERED THAT the fourth cause of action for violation of the Unruh Civil
16  Rights Act shall be remanded to the Superior Court for the City and County of San Francisco.
17
18        IT IS SO ORDERED.
19
20  Dated: August 30, 2011
21
22  _____
    JOSEPH C. SPERO
23  United States Magistrate Judge
24
25
26
27
28