# GERSTEN LAW GROUP

E. Gersten, Attorney and Counselor at Law
3115 4th Ave
San Diego, CA, 92103
Tel;  (619) 600-0098
Fax: (619) 600-0083
Email: egersten@gerstenlaw.com

September 11, 2011

**Re: Case 3:10-cv-02347-JCS Grutman v. Regents of the University of California et al**

To Madame Clerk;

Please allow this letter to serve as an official request to be able to participate telephonically at the Case Management Conference currently scheduled for September 30, 2011 at 1:30pm in the above entitled case. My understanding is that Defendants' counsel does not oppose conducting the CMC telephonically as we have done in the past.

I will be appearing on behalf of the Plaintiff, Netta Grutman. The number for the Court to call will be **619-600-0098, extension 101**. Please ensure that extension 101 is entered when prompted or the call may not be routed correctly to my phone.

If you have any questions, please do not hesitate in contacting me.

Sincerely,

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 1:30 p.m. and await the Court's call.

/s/ Ehud Gersten
Ehud Gersten



9/14/2011
IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

# GERSTEN LAW GROUP