MICHAEL D. BRUNO (SBN 166805)
JEROME SCHREIBSTEIN (SBN154051)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA, TODD MCGREGOR and
JAMES JACOBS (EXEMPT FROM FEES, GOV. CODE §
6103)

DAVID A. STEVENS (SBN 054635)
3115 Fourth Avenue
San Diego, CA 92103
Telephone:  (619) 260-0507
Facsimile:  (619) 297-5908

EHUD GERSTEN (SBN 236159)
Gersten Law Group
3115 Fourth Avenue
San Diego, CA 92103
Telephone:  (619) 600-0098

Attorneys for Plaintiff NETTA GRUTMAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETTA GRUTMAN,<br><br>   Plaintiff,<br><br> v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>   Defendants. | CASE NO. 10-02347 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER ON DISMISSAL OF ACTION** |

1

**STIPULATION**

IT IS HEREBY STIPULTED BETWEEN PLAINTIFF NETTA GRUTMAN AND DEFENDANTS, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, TODD MCGREGOR AND JAMES JACOBS, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

     1.    Plaintiff's first (for violation of the Americans with Disabilities Act (ADA)) and second (for violation of the Rehabilitation Act of 1973) claims for relief shall be dismissed with prejudice.

     2.    This matter shall be remanded to the Superior Court, County of San Francisco for further proceedings.

     3.    All parties reserve their rights to seek the recovery of legal fees and costs at the conclusion of this matter, except that no party shall be entitled to nor shall any party seek to recover its costs or legal fees incurred with respect to the following: (1) defendants' removal of this action from the State Court to the federal district court, (2) plaintiff's voluntary dismissal of her federal claims, and (3) the remand of this matter to the State Court. No party waives its rights to seek and recover legal fees and costs for the proceedings in federal district court, other than as to the specific proceedings associated with the original removal and the subsequent dismissal of the federal claims and remand of the action.

IT IS SO AGREED.

Dated: October 31, 2011          GORDON & REES LLP

                    By:  /S/_____
                           MICHAEL D. BRUNO
                           JEROME SCHREIBSTEIN
                           Attorneys for Defendant THE REGENTS
                           OF THE UNIVERSITY OF CALIFORNIA,
                           TODD MCGREGOR and JAMES JACOBS

2

1   Dated: October 6, 2011                     GERSTEN LAW GROUP

2                                        By:  /S/
3                                              EHUD GERSTEN
                                               Attorneys for Plaintiff
4
                                               NETTA GRUTMAN
5   Dated: October ___, 2011

6                                        By:  /S/
7                                              DAVID A. STEVENS
                                               Attorneys for Plaintiff
8                                              NETTA GRUTMAN

9
                                    **ORDER**
10
            BASED ON THE FOREGOING AND GOOD CAUSE OTHERWISE APPEARING, the
11
    Court Orders that:
12
            1.      Plaintiff's first (for violation of the Americans with Disabilities Act (ADA)) and
13
    second (for violation of the Rehabilitation Act of 1973) claims for relief are hereby dismissed
14
    with prejudice.
15
            2.      This matter is hereby remanded to the Superior Court, County of San Francisco for
16
    further proceedings.
17
            3.      All parties retain their rights to seek the recovery of legal fees and costs at the
18
    conclusion of this matter except that no party shall be entitled to nor shall any party seek to
19
    recover its costs or legal fees incurred with respect to the following: (1) defendants' removal of
20
    this action from the State Court to the federal district court, (2) plaintiff's voluntary dismissal of
21
    her federal claims, and (3) the remand of this matter to the State Court.  No party waives its rights
22
    to seek and recover legal fees and costs for the proceedings in federal district court, other than as
23
    to the specific proceedings associated with the original removal and the subsequent dismissal of
24
    the federal claims and remand of the action.
25
            IT IS SO ORDERED.
26
27  Dated:                             By:
                                               Honorable Joseph C. Spero
28                                             United States Magistrate Judge
                                         3
    ─────────────────────────────────────────────────────
    STIPULATION AND ORDER ON DISMISSAL (CASE NO. 10-02347 JCS)

1  Dated: October ___, 2011                    GERSTEN LAW GROUP

2                                         By:  /S/
3                                              EHUD GERSTEN
                                               Attorneys for Plaintiff
4
5                                              NETTA GRUTMAN

   Dated: October _5_, 2011
6                                         By:  /S/
7                                              DAVID A. STEVENS
                                               Attorneys for Plaintiff
8                                              NETTA GRUTMAN

9                                **ORDER**

10      BASED ON THE FOREGOING AND GOOD CAUSE OTHERWISE APPEARING, the

11 Court Orders that:

12      1.     Plaintiff's first (for violation of the Americans with Disabilities Act (ADA)) and

13 second (for violation of the Rehabilitation Act of 1973) claims for relief are hereby dismissed

14 with prejudice.

15      2.     This matter is hereby remanded to the Superior Court, County of San Francisco for

16 further proceedings.

17      3.     All parties retain their rights to seek the recovery of legal fees and costs at the

18 conclusion of this matter except that no party shall be entitled to nor shall any party seek to

19 recover its costs or legal fees incurred with respect to the following: (1) defendants' removal of

20 this action from the State Court to the federal district court, (2) plaintiff's voluntary dismissal of

21 her federal claims, and (3) the remand of this matter to the State Court. No party waives its rights

22 to seek and recover legal fees and costs for the proceedings in federal district court, other than as

23 to the specific proceedings associated with the original removal and the subsequent dismissal of

24 the federal claims and remand of the action.

25      IT IS SO ORDERED.

26
27 Dated: 11/7/11                         By: _____
                                              Hon.
28                                            Judge Joseph C. Spero
                                              United States Magistrate Judge
                                    3
   STIPULATION AND ORDER ON DISMISSAL (CASE NO. 10-02347-JCS)