MICHAEL D. BRUNO (SBN 166805)
JEROME SCHREIBSTEIN (SBN154051)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, TODD MCGREGOR and JAMES JACOBS (EXEMPT FROM FEES, GOV. CODE § 6103)

DAVID A. STEVENS (SBN 054635)
3115 Fourth Avenue
San Diego, CA 92103
Telephone: (619) 260-0507
Facsimile: (619) 297-5908

EHUD GERSTEN (SBN 236159)
Gersten Law Group
3115 Fourth Avenue
San Diego, CA 92103
Telephone: (619) 600-0098

Attorneys for Plaintiff NETTA GRUTMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETTA GRUTMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>        Defendants. | CASE NO. 10-02347 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER ON DISMISSAL OF ACTION** |

1

STIPULATION AND ORDER ON DISMISSAL (CASE NO. 10-02347 JCS)

## STIPULATION

IT IS HEREBY STIPULTED BETWEEN PLAINTIFF NETTA GRUTMAN AND DEFENDANTS, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, TODD MCGREGOR AND JAMES JACOBS, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

1. Plaintiff's first (for violation of the Americans with Disabilities Act (ADA)) and second (for violation of the Rehabilitation Act of 1973) claims for relief shall be dismissed with prejudice.

2. This matter shall be remanded to the Superior Court, County of San Francisco for further proceedings.

3. All parties reserve their rights to seek the recovery of legal fees and costs at the conclusion of this matter, except that no party shall be entitled to nor shall any party seek to recover its costs or legal fees incurred with respect to the following: (1) defendants' removal of this action from the State Court to the federal district court, (2) plaintiff's voluntary dismissal of her federal claims, and (3) the remand of this matter to the State Court. No party waives its rights to seek and recover legal fees and costs for the proceedings in federal district court, other than as to the specific proceedings associated with the original removal and the subsequent dismissal of the federal claims and remand of the action.

IT IS SO AGREED.

Dated: October 31, 2011                        GORDON & REES LLP

                                               By: /S/
                                               MICHAEL D. BRUNO
                                               JEROME SCHREIBSTEIN
                                               Attorneys for Defendant THE REGENTS
                                               OF THE UNIVERSITY OF CALIFORNIA,
                                               TODD MCGREGOR and JAMES JACOBS

Dated: October 6, 2011

GERSTEN LAW GROUP

By: /S/ [signature]
EHUD GERSTEN
Attorneys for Plaintiff

NETTA GRUTMAN

Dated: October ___, 2011

By: /S/ _____
DAVID A. STEVENS
Attorneys for Plaintiff
NETTA GRUTMAN

## ORDER

BASED ON THE FOREGOING AND GOOD CAUSE OTHERWISE APPEARING, the Court Orders that:

1. Plaintiff's first (for violation of the Americans with Disabilities Act (ADA)) and second (for violation of the Rehabilitation Act of 1973) claims for relief are hereby dismissed with prejudice.

2. This matter is hereby remanded to the Superior Court, County of San Francisco for further proceedings.

3. All parties retain their rights to seek the recovery of legal fees and costs at the conclusion of this matter except that no party shall be entitled to nor shall any party seek to recover its costs or legal fees incurred with respect to the following: (1) defendants' removal of this action from the State Court to the federal district court, (2) plaintiff's voluntary dismissal of her federal claims, and (3) the remand of this matter to the State Court. No party waives its rights to seek and recover legal fees and costs for the proceedings in federal district court, other than as to the specific proceedings associated with the original removal and the subsequent dismissal of the federal claims and remand of the action.

IT IS SO ORDERED.

Dated:

By:_____
Honorable Joseph C. Spero
United States Magistrate Judge

STIPULATION AND ORDER ON DISMISSAL (CASE NO. 10-02347 JCS)

Dated: October ___, 2011                 GERSTEN LAW GROUP

                                         By: /S/ _____
                                             EHUD GERSTEN
                                             Attorneys for Plaintiff
                                             NETTA CRUTMAN

Dated: October 5, 2011
                                         By: /S/ _____
                                             DAVID A. STEVENS
                                             Attorneys for Plaintiff
                                             NETTA CRUTMAN

## ORDER

BASED ON THE FOREGOING AND GOOD CAUSE OTHERWISE APPEARING, the Court Orders that:

1. Plaintiff's first (for violation of the Americans with Disabilities Act (ADA)) and second (for violation of the Rehabilitation Act of 1973) claims for relief are hereby dismissed with prejudice.

2. This matter is hereby remanded to the Superior Court, County of San Francisco for further proceedings.

3. All parties retain their rights to seek the recovery of legal fees and costs at the conclusion of this matter except that no party shall be entitled to nor shall any party seek to recover its costs or legal fees incurred with respect to the following: (1) defendants' removal of this action from the State Court to the federal district court, (2) plaintiff's voluntary dismissal of her federal claims, and (3) the remand of this matter to the State Court. No party waives its rights to seek and recover legal fees and costs for the proceedings in federal district court, other than as to the specific proceedings associated with the original removal and the subsequent dismissal of the federal claims and remand of the action.

IT IS SO ORDERED.

Dated: 11/7/11                           By: _____
                                             Hon. Joseph C. Spero
                                             United States Magistrate Judge